## (June 7, 1961)

■    In the Matter of JOHN W. O'NEILL et al. v. CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK.— Motion for an order adding appeal to the June 1961 Term Enumerated Calendar of this court granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before noon on June 12, 1961, with notice of argument for June 20, 1961, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before noon on June 19, 1961. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.